AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 13, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elizabeth Rosado Salmeron (1980/Mexico) | ) | Case No. M-22-0950-M |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 12, 2022 in the county of Nueces in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession of a Controlled Substance with Intent to Distribute / Approximately 10 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance / Approximately 10 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Peter Brostowin

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

Date: May 13, 2022  7:04 AM

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Nadia S. Medrano
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On May 12, 2022, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the Bishop Police Department (PD) in Bishop, Texas. Officers with the Bishop PD detained Elizabeth Rosado Salmeron ("SALMERON"), a citizen of Mexico and lawful permanent resident, after being found in possession of approximately 10 kilograms (kg) of cocaine concealed within aftermarket constructed concealed compartments in the floor and undercarriage area of the she was driving.

2. Bishop PD officers stopped SALMERON for committing a traffic violation on Highway 77 in Bishop, Texas. SALMERON was traveling with a minor child.

3. During the course of the traffic stop, Bishop PD officers became suspicious that SALMERON was involved in criminal activity and requested and were given consent to search the vehicle.

4. A physical search of the vehicle was conducted, and 18 packages, weighing approximately 10 kilograms, were discovered concealed within aftermarket constructed concealed compartments in the floor and undercarriage area of the vehicle. The substance inside the packages was field tested, with a presumptive positive result for the properties and characteristics of cocaine.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Bishop PD to assist in the investigation. HSI SAs interviewed SALMERON who stated she was hired by an unknown person in Mexico to transport what she knew to be drugs from Mexico into the United States, for further distribution into the interior of the United States. SALMERON admitted to making several previous trips into the United States for the purpose of smuggling drugs, including while traveling with one of her children.